UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                Case No.:

JAYAM KRISHNA IYER, M.D.,
JAYAM KRISHNAIYER M.D., P.A.,
d/b/a Creative Health Center,

    Defendants.

_____/

## COMPLAINT

The United States of America sues the defendants under the False Claims Act, 31 U.S.C. § 3729, et seq., (the "FCA") and alleges:

**I.    PARTIES, JURISDICTION, AND VENUE**

1. The Court has jurisdiction over this action under 28 U.S.C. §§ 1331, 1345, 1355.

2. Venue in the Middle District of Florida is proper under 28 U.S.C. §§ 1391 and 1395.

3. The United States sues for treble damages and civil penalties under the FCA.

4. At all relevant times, the defendant Jayam Krishna Iyer, M.D., was licensed under Florida law to practice medicine in Clearwater, Florida. Dr. Iyer specialized in anesthesiology and pain management. Dr. Iyer was registered with the United States Drug Enforcement Administration (DEA) under DEA registration

1

number AK2006648. Dr. Iyer was also an approved Medicare provider until December 2, 2017.

5. The defendant Jayam KrishnaIyer M.D., P.A., doing business as the Creative Health Center, is a Florida professional corporation owned and operated by Dr. Iyer as a pain management clinic. The Creative Health Center's principal place of business is Clearwater, Florida.

## II. LEGAL BACKGROUND

6. The FCA imposes liability on any person who "knowingly presents, or causes to be presented, a false or fraudulent claim for payment or approval." 31 U.S.C. §§ 3729(a)(1)(A).

7. "Knowingly" and "knowing" mean actual knowledge of the information, as well as deliberate ignorance or reckless disregard of the truth or falsity of the information. Specific intent is unnecessary. 31 U.S.C. § 3729(b)(1).

8. "Material" means "having a natural tendency to influence, or be capable of influencing, the payment or receipt of money or property." 31 U.S.C. § 3729(b)(4).

9. "Claim" means "any request or demand, whether under a contract or otherwise, for money or property" (i) that "is presented to an officer, employee, or agent of the United States"; (2) that "is made to a contractor, grantee, or other recipient, if the money or property is to be spent or used on the Government's behalf or to advance a Government program or interest, and if the [] Government [] providers or has provided any portion of the money or property requested or demanded or [] will reimburse such contractor, grantee, or other recipient for a portion of the money or property which is requested or demanded[.]" 31 U.S.C. § 3729(b)(2).

10. The United States, through the Department of Health & Human Services and the Centers for Medicaid & Medicare Services ("CMS"), runs Medicare, which is a federally funded healthcare program for people older than sixty-five, people younger than sixty-five with certain disabilities, and people with end-stage renal disease.

11. Medicare is divided into parts that provide different aspects of medical care. Part A covers hospital and other inpatient services. Part B covers physician outpatient services, among other things. Part C covers managed care plans, which involve private insurance companies contracting with CMS to provide Medicare services to beneficiaries through approved plans. Part D provides coverage for prescription drugs.

12. CMS administers Medicare in Florida through First Coast Service Options, Inc., which acts as a fiscal intermediary by reviewing, approving, and paying Medicare claims from providers who treat Medicare patients.

### III. DR. IYER ADMITS FRAUDULENT CLAIMS TO MEDICARE

13. On August 24, 2018, the United States filed a one-count information against Dr. Iyer for healthcare fraud. Contemporaneously, Dr. Iyer pleaded guilty to that offense. *See* **Exhibit 1**, Signed Plea Agreement.

14. Dr. Iyer admitted that, as an approved Medicare provider, she was obligated (1) to provide truthful information; (2) to neither make nor use any materially false, fictitious, or fraudulent statements in connection with the delivery of or payment for health care services to Medicare beneficiaries; and (3) to comply with all Medicare and state laws and regulations.

15. Dr. Iyer admitted that beginning as early as July, 2011, and continuing through December, 2017, she engaged in a scheme to defraud Medicare by billing or causing to be billed services that were not rendered.

16. Specifically, Dr. Iyer admitted submitting or causing the submission of false and fraudulent claims for face-to-face office visits under current procedural terminology ("CPT") code 99213. Dr. Iyer admitted that certain patients did not go to Dr. Iyer's office for an office visit and that she did not examine those patients on the dates that she submitted a claim for a face-to-face office visit. Rather, a family member of the Medicare beneficiary went to the office with a note requesting that Dr. Iyer issue prescriptions for the patient, including Schedule II controlled substances. Dr. Iyer gave those prescriptions to the family member, despite not examining the patient, in violation of Florida law.

17. The patients known to the United States and Dr. Iyer at the time of the plea agreement included patients W.K., J.L., K.B., R.V., J.B., B.R., and A.Q. For those patients, Dr. Iyer submitted or caused the submission of $51,521 in false and fraudulent claims to Medicare under Parts B and D.

18. As part of her plea agreement, Dr. Iyer agreed to forfeit $51,521, which she admitted obtaining through healthcare fraud. Dr. Iyer also agreed to surrender her DEA registration and Florida medical license.

## COUNT ONE
**False Claims Act**
**Presentation of false claims**
**31 U.S.C. § 3729(a)(1)(A)**

19. The United States re-alleges paragraphs 1 through 18.

20. As more particularly described in the foregoing paragraphs, Dr. Iyer admitted engaging in a criminal scheme to defraud Medicare by submitting or causing the submission of false and fraudulent claims to Medicare for face-to-face office visits. Thus, the defendants knowingly presented or caused to be presented false or fraudulent claims for payment or approval in violation of the False Claims Act.

21. As a result, the United States suffered damages of at least $51,521 and likely hundreds of thousands of dollars more in payments to the defendants.

## COUNT TWO
**Unjust Enrichment**

22. The United States re-alleges paragraphs 1 through 18.

23. The United States claims the recovery of all money by which the defendants were unjustly enriched.

24. As a consequence of the conduct described above, the defendants were unjustly enriched at the expense of the United States in an amount to be determined which, under the circumstances, in equity and good conscience should be returned to the United States.

## PRAYER FOR RELIEF

1.  On the first count under the False Claims Act, for the amount of the United States' damages, trebled as required by law, minus the amount paid as restitution to the United States, and such civil penalties as are required by law, together with all further just and appropriate relief.

2.  On the second count for unjust enrichment, for the amount of the United States' damages, together with all further just and appropriate relief.

3.  On all counts, an award of costs.

## DEMAND FOR JURY TRIAL

The United States demands a jury trial.

Respectfully Submitted,

MARIA CHAPA LOPEZ
United States Attorney

_____
LACY R. HARWELL
Florida Bar No. 714623
LINDSAY SAXE GRIFFIN
Assistant United States Attorney
Florida Bar No. 72761
400 North Tampa Street, Suite 3200
Tampa, FL 33602
Telephone No. (813) 274-6000
Facsimile No. (813) 274-6200
Randy.Harwell@usdoj.gov
Lindsay.Griffin@usdoj.gov

Attorneys for the United States

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Lindsay Saxe Griffin, AUSA
400 N. Tampa St. Suite 3200 Tampa, FL 33602 (813)274-6180

## DEFENDANTS
Jayam Krishna Iyer, M.D.
Jayam Krishna Iyer, M.D., P.A.

County of Residence of First Listed Defendant  Pinellas
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
Dale Sisco
Sisco-Law
1110 N. Florida Ave. Tampa, FL 33602 (813)224-0555

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

[X] 1 U.S. Government Plaintiff
[ ] 2 U.S. Government Defendant
[ ] 3 Federal Question (U.S. Government Not a Party)
[ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
|  | PERSONAL INJURY | PERSONAL INJURY |  |  |  |
| [ ] 110 Insurance | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [X] 375 False Claims Act |
| [ ] 120 Marine | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act |  |  |  |  | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander |  |  | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability |  |  | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 368 Asbestos Personal Injury Product Liability |  | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability |  |  | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
|  |  | PERSONAL PROPERTY | **LABOR** | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | **SOCIAL SECURITY** | [ ] 480 Consumer Credit |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending |  | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 190 Other Contract |  | [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 195 Contract Product Liability | [ ] 360 Other Personal Injury |  |  | [ ] 863 DIWC/DIWW (405(g)) |  |
| [ ] 196 Franchise |  | [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 864 SSID Title XVI | [ ] 890 Other Statutory Actions |
|  | [ ] 362 Personal Injury - Medical Malpractice |  | [ ] 751 Family and Medical Leave Act | [ ] 865 RSI (405(g)) | [ ] 891 Agricultural Acts |
|  |  |  |  |  | [ ] 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee |  | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence |  |  |  |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General |  |  | [ ] 950 Constitutionality of State Statutes |
| [ ] 245 Tort Product Liability |  | [ ] 535 Death Penalty | **IMMIGRATION** |  |  |
| [ ] 290 All Other Real Property | [ ] 445 Amer. w/Disabilities - Employment | **Other:** | [ ] 462 Naturalization Application |  |  |
|  | [ ] 446 Amer. w/Disabilities - Other | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions |  |  |
|  |  | [ ] 550 Civil Rights |  |  |  |
|  | [ ] 448 Education | [ ] 555 Prison Condition |  |  |  |
|  |  | [ ] 560 Civil Detainee - Conditions of Confinement |  |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*

[X] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from Another District *(specify)*
[ ] 6 Multidistrict Litigation - Transfer
[ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
31 U.S.C. 3729
Brief description of cause:
Civil liability for conduct that is subject to Crim Plea Agreement (pleading guilty to HCF, one count information)

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____
DOCKET NUMBER _____

DATE: 02/20/2019
SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |
|---|---|
| _Plaintiff(s)_<br>v.<br>_Defendant(s)_ | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: _(Defendant's name and address)_

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____                                   _____
                                                              _Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____
_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
| *Plaintiff(s)* <br> v. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: