# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                     Case No.: 8:19-cv-446-WFJ-JSS

JAYAM KRISHNA IYER, M.D.,
JAYAM KRISHNAIYER M.D., P.A.,
d/b/a Creative Health Center,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Under Local Rule 3.08(b), the parties announce a settlement of this action, with each party to bear its own costs and fees. The Defendants have signed the settlement agreement. However, because the United States is still awaiting signatures on the settlement agreement and because the settlement allows for payment no later than ninety days after the effective date of the agreement, the parties request 120 days to file a stipulated form of final judgment or to re-open the case for good cause under Local Rule 3.08(b).

Respectfully Submitted,

| | |
|---|---|
| MARIA CHAPA LOPEZ<br>United States Attorney | SISCO-LAW |
| s/Lindsay S. Griffin<br>LACY R. HARWELL<br>Florida Bar No. 714623<br>LINDSAY SAXE GRIFFIN<br>Assistant United States Attorney<br>Florida Bar No. 72761<br>400 North Tampa Street, Suite 3200<br>Tampa, FL 33602<br>Telephone No. (813) 274-6000<br>Facsimile No. (813) 274-6200<br>Randy.Harwell@usdoj.gov<br>Lindsay.Griffin@usdoj.gov<br>Attorneys for the United States | /s/ Dominic A. Isgro<br>Dale R. Sisco<br>dsisco@sisco-law.com<br>Florida Bar No. 559679<br>Dominic A. Isgro<br>disgro@sisco-law.com<br>Florida Bar No. 113318<br>1110 N. Florida Avenue<br>Tampa, FL  33602<br>(813) 224-0555<br>(813) 221-9736<br>Attorneys for the Defendants |